AO 93 (Rev. 12/09) Search and Seizure Warrant

INTAKE DROP BOX
RECEIVED & FILED

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

2018 MAY 22 PM 2: 33

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

JONATHAN VALENTIN-SANTIAGO, a Hispanic male adult, date of birth: September 13, 1990 social security account number 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.

Case No. 18-822(SCC)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____JUDICIAL____ District of ____PUERTO RICO____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated by reference herein

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated by reference herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   05·23·2018
(not to exceed 14 days)

Omar Barroso
(SAUSA)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on Duty_____.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☑ for  30  days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  5/14/18 at 3:20pm

_____
Judge's signature

City and state:   SAN JUAN, PUERTO RICO       US MAGISTRATE SYLVIA CARREÑO-COLL
                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 5-22-2018, 10:45 am | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: Special Agent David A. Rivera | | |
| Inventory of the property taken and name of any person(s) seized: 4 Buccal swabs taken from Jonathan Valentin-Santiago | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-22-2018

_____
Executing officer's signature

June Drake, Special Agent
Printed name and title